**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
─────────────────────────────────────────────x
IN RE:                                                                                          **Chapter: 13**


Shirley V Williams                                                                   **Case No.: 13–12545–alg**

                                           Debtor(s)
─────────────────────────────────────────────x

**ORDER REGARDING THIS CHAPTER 13 CASE FUTURE PROCEEDINGS**

This case came on for hearing before the Court on December 4, 2014. Based on the pleadings on file and the Court's directions at the hearing , the Debtor or, if the Debtor is represented by counsel, Debtor's counsel is hereby ordered to do the following items checked below. The failure to timely comply with these obligations may result in either the dismissal of the case or the imposition of sanctions, after notice and a hearing. A report explaining the failure to comply must be filed if compliance does not occur.

_X_ 1. File a plan or an amended plan (if necessary) on the form approved by the Court ("Model Chapter 13 Plan") .

_X_ 2. Serve the plan or amended plan on all creditors more than 28 days, plus 3 additional days if service is by mail, before confirmation hearing and file certificate of service as required by Bankruptcy Rule 2002(b) and Local Bankruptcy Rules 3015–1(c) and 9078–1.

___ 3. File all missing schedules .

___ 4. Provide the Chapter 13 Trustee with copies of all documents (as identified by the Trustee at the hearing) .

___ 5. Debtor to appear at the Section 341 meeting .

_X_ 6. Adjourning Loss Mitigation Status Conference.

___ 7. File objections to claims and properly notice the objections for hearing .

_X_ 8. File a written status report with the Court addressing the status of all open issues in this case and provide chambers copy on or before December 30, 2014 .

_X_ 9. Motion to Dismiss adjourned.

___ 10. Submit Loss Mitigation Order.

___ 11. Submit Order Terminating Loss Mitigation And Final Report.

_X_ 12. Appear at an adjourned hearing January 8, 2015, at 02:00 PM, Courtroom 617 (ALG), One Bowling Green, New York, NY 10004 . Debtor's appearance at the adjourned hearing is required.

___ 13. Chapter 13 Plan is Approved.

_X_ 14. The Court Directed That If There Is No Progress In This Case By 1/8/2015 This Case Will Be Dismissed .

**IT IS SO ORDERED.**


Dated: December 15, 2014                                    /s/ Honorable Allan L. Gropper
                                                                              United States Bankruptcy Judge